# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SYMBOLOGY INNOVATIONS LLC ) | |
| ) | |
| Plaintiff, ) | CASE NO. 1:18-cv-03434 |
| ) | |
| v. ) | Honorable Robert M. Dow Jr. |
| ) | |
| GOLDEN GRAIN COMPANY ) | |
| d/b/a NEAR EAST ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF DISMISSAL

Plaintiff Symbology Innovations LLC, pursuant to Fed. R. Civ. P. 41 (a), hereby provides notice that it dismisses all of its claims in this action involving Golden Grain Company d/b/a Near East WITH PREJUDICE, and dismisses all other claims in this action WITH PREJUDICE. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: June 21st, 2018

/s/ Frank Andreou
Frank Andreou (6228760)
Andreou & Casson, Ltd.
661 West Lake Street
Suite 2 North
Chicago, IL 60661-1034
Telephone: (312) 935-2000
Facsimile: (312) 935-2001
Email: fandreou@andreou-casson.com

Eugenio J. Torres-Oyola
USDC No. 215505
Ferraiuoli LLC
221 Plaza, 5th Floor
221 Ponce de León Avenue
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: etorres@ferraiuoli.com

Jean G. Vidal
USDC No. 227811
Ferraiuoli LLC
221 Plaza, 5th Floor
221 Ponce de León Avenue
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: jvidal@ferraiuoli.com

**ATTORNEYS FOR PLAINTIFF
SYMBOLOGY INNOVATIONS LLC**

### CERTIFICATE OF CONFERENCE

The undersigned certifies that the parties have complied with the meet and confer requirement and that all parties are in agreement to the relief requested in this unopposed motion.

/s/ Frank Andreou
Frank Andreou

### CERTIFICATE OF SERVICE

I hereby certify that on June 21st, 2018, I electrically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

/s/ Frank Andreou
Frank Andreou